RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Fredy Hernandez-Gomez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FREDY HERNANDEZ-GOMEZ,<br><br>　　　　Defendant. | Case No. 2:18-mj-328-GWF-1<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Fredy Hernandez-Gomez, that the Preliminary Hearing currently scheduled on June 5, 2018 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than forty five (45) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the defendant needs additional time to review discovery and conduct investigation in this case to determine whether there are any issues that must be litigated prior

to the scheduled preliminary hearing and determine whether the case will ultimately go to preliminary hearing or will be resolved through negotiations.

2. Defendant is incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 1st day of June, 2018.

RENE L. VALLADARES  
Federal Public Defender

By_/s/ Margaret W. Lambrose_  
MARGARET W. LAMBROSE  
Assistant Federal Public Defender

DAYLE ELIESON  
Acting United States Attorney

By_/s/ Christopher Burton_  
CHRISTOPHER BURTON  
Assistant United States Attorney

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-328-GWF-1 |
| Plaintiff, | **ORDER** |
| v. | |
| FREDY HERNANDEZ-GOMEZ, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on June 5, 2018 at the hour of 4:00 p.m., be vacated and continued to _July 20, 2018_ at the hour of _4:00 p_.m.

DATED this 4th day of June, 2018.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE