RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Fredy Hernandez-Gomez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDY HERNANDEZ-GOMEZ,<br><br>Defendant. | Case No. 2:18-mj-328-GWF-1<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Fredy Hernandez-Gomez, that the Preliminary Hearing currently scheduled on August 9, 2018 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time for a written plea agreement to be signed and a change of plea to be entered.

2. Defendant is incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fifth request for continuance filed herein.

DATED this 8th day of August, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>Acting United States Attorney |
| By _/s/ Margaret W. Lambrose_<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | By _/s/ Christopher Burton_<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-328-GWF-1 |
| Plaintiff, | **ORDER** |
| v. | |
| FREDY HERNANDEZ-GOMEZ, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on August 9, 2018 at the hour of 4:00 p.m., be vacated and continued to September 11, 2018 at the hour of __4:00 p_.m.

DATED this  9th  day of August, 2018.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

3