1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   MARGARET W. LAMBROSE
3  Assistant Federal Public Defender
   Nevada State Bar No. 11626
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Maggie_Lambrose@fd.org

7  Attorney for Fredy Hernandez-Gomez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-328-GWF-1 |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Seventh Request) |
| FREDY HERNANDEZ-GOMEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Fredy Hernandez-Gomez, that the Preliminary Hearing currently scheduled on October 4, 2018 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The plea agreement has been submitted to the court and additional time is needed to allow the court to set a change of plea hearing.

2. Defendant is incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the seventh request for continuance filed herein.

DATED this 27th day of September, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| By /s/ *Margaret W. Lambrose*<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | By /s/ *Christopher Burton*<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

FREDY HERNANDEZ-GOMEZ,

    Defendant.

Case No. 2:18-mj-328-GWF-1

**ORDER**

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on October 4, 2018 at the hour of 4:00 p.m., be vacated and continued to November 6, 2018 at the hour of 4:00 p.m.

    DATED this 1st day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE